IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02650-WYD-KLM

KELLY MARTINDALE,

     Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware Limited Liability Company,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice [ECF No. 22], filed on June 6, 2013.  After carefully reviewing the above-captioned case, I find that the motion should be granted and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Motion To Dismiss With Prejudice [ECF No. 22] is **GRANTED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  June 13, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge